**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2602**

———————

BRADLEY C. CARTER,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF INVESTIGATION; LOUIS J.
FREEH,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-439-3)

———————

Submitted: January 20, 2000          Decided: January 28, 2000

———————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bradley C. Carter, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Deborah C. Stanley, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bradley C. Carter appeals the district court's order granting Defendants' motion to dismiss his complaint filed under the Freedom of Information Act, the Privacy Act, and the Federal Tort Claims Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carter v. Federal Bureau of Investigation, No. CA-99-439-3 (E.D. Va. Oct. 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED